# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

SEP 2 2025 PM1:19
FILED-USDC-NDTX-FW

Sir Gregory P. Jackson
Plaintiff

v.

**4-25CV-958-0**

Civil Action No.

DCHD d/b/a Parkland Health
Defendant

### COMPLAINT

I have proof of Subject Matter Jurisdiction, Images of a 2014 neglected surgery, Proof of my Medical Bill Info. from the business that I am attempting to sue. I have been living with stitching thread in my wrist for 11 years. It's knotted and it is sticking out of my left wrist since April of 2024. I eventually paid over $23,000 for my surgery from 2014 that surprisingly didn't include nondissolving thread, only other things.

\* Attach additional pages as needed.

Date: August 20, 2025

Signature: [signature]

Print Name: Sir Gregory P. Jackson

Address: 14833 Spring Creek Rd. #212

City, State, Zip: Dallas Texas 75248

Telephone: (817) 863-3762

Date: _August 22, 2025_

Signature: _[signature]_

Print Name: _Sir Gregory Jackson_

Bar Number: _____

Address: _14833 Spring Creek rd #212_

City, State, Zip: _Dallas, Texas 75248_

Telephone: _(817) 863-3762_

Fax: _____

E-Mail: _jsirg2014@gmail.com_

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

CASE NO._____

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

TARRANT COUNTY, TX

SIR GREGORY P. JACKSON
(PLAINTIFF)

V.

DCHD d/b/a PARKLAND HEALTH
(DEFENDANT)

PLAINTIFF'S ORIGINAL PETITION

1. <u>DISCOVERY CONTROL PLAN</u>

PERSONAL INJURY

2. <u>PARTIES</u>

FREDERICK P. CERISE

PRESIDENT AND CHIEF EXECUTIVE OFFICER

DCHD d/b/a PARKLAND HEALTH

3.    <u>VENUE</u>

ELDON B MAHON FEDERAL COURTHOUSE

UNITED STATES COURT HOUSE, 501 W 10TH ST #502, FORT WORTH, TX 76102

4.    <u>FACTUAL BACKGROUND</u>

AFTER 10 YEARS OF AN ASSUMED SURGERY TO STITCH MY LEFT WRIST, I HAVE PROOF
THAT THE WORK AT PARKLAND HEALTH IS INCOMPLETE

5.    <u>CAUSE OF ACTION</u>

PERSONAL INJURY-

IN BROAD TERMS, PERSONAL INJURY LAW DEALS WITH LEGAL DISPUTES THAT ARISE
WHEN ONE PERSON SUFFERS AN INJURY DUE TO ANOTHER PERSON'S NEGLEGENCE OR
WRONGFUL CONDUCT. UNLIKE CRIMINAL LAW, PERSONAL INJURY CASES DO NOT
INVOLVE THE GOVERNMENT PROSECUTING THE WRONGDOER.

6.    DEMAND

THAT JUSTICE IS SERVED THROUGH THIS CIVIL SUIT. I AM NOT OFFENDED, BUT TRUTHFUL AND
PERSONALLY – I BELIEVE THAT THE TRUTH IS REASON ENOUGH FOR A BENEFICIAL JUDGEMENT
IN THE COURT OF LAW. THERE IS NO OFFENSE TO TAKE AFTER AN EXPLANATION.

7.    DAMAGES

10 YEARS AFTER SURGERY ON MY LEFT WRIST I FOUND THE SURGERY INCOMPLETE
1-2 YEARS FROM APRIL OF 2024 STARTED RANDOM & CONSISTENT WOUNDS/SCARRING
THE RECENT WOUNDS/SCARRING – REVEALED A BABY BLUE THREAD OR STITCH APRIL OF 2024

8.    ATTORNEY FEES

THERE ARE NO ATTORNEY FEES

9.    APPLICATION FOR TEMPORARY INJUNCTION

I AM DESERVED OF – IN THIS CIVIL SUIT NOT TO SEEM TO COMPLICATE THE JUDICIAL VIEWS
BUT INSTEAD CHOOSE TO GIVE OPPORTUNITY TO AGREE WITH MY VIEW.

10.    ADDITIONAL RELIEF REQUESTED

THIS SITUATION IS THE COMPOSED BELIEF OF MODERN DAY SOCIETY. IT SHOULDN'T BE THAT
WAY. THOSE THAT HAVEN'T BEEN BLAMED FOR THE GUILT OF OTHERS CAN KEEP THEIR
CONSCIENCE CLEAR WHILE PERCEIVING MORE AND FOR THEIR OWN BENEFIT.

11.    REMEDIES REQUESTED

THIS CIVIL SUIT COULD POSSIBLY BE DETERMINED THROUGH AN OPPOSITE LAW STRUCTURE
WHICH PROBABLY SHOULD BE EXPOSED. I AM AWARE OF THE CONFUSION AND I'D RATHER
CHOOSE A VIEW INSTEAD OF HAVING TO DEAL WITH WHAT'S TO COME FROM THE
JUDICIARIES.

PRAYER

THIS IS MY PRAYER: TO PLACE THE HAND OF ANYONE ELSE DEALING WITH DISREGARD CLOSER
TO WHERE THEY BELONG INSTEAD OF WITNESSING THEM STRUGGLE.

PEACEFULLY SUBMITTED,

SIR GREGORY PECK JACKSON

ADDRESS: 14833 SPRING CREEK RD. #212

DALLAS, TEXAS 75248

EMAIL: JSIRG2014@GMAIL.COM

CELLPHONE#

(817) 863-3762

CASE NO._____

.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

TARRANT COUNTY, TX

SIR GREGORY P. JACKSON
(PLAINTIFF)

V.

DCHD d/b/a PARKLAND HEALTH
(DEFENDANT)

COVER PAGE_ ADDITIONAL INFORMAION (1) PAGE

*SIR GREGORY P. JACKSON V. DCHD d/b/a PARKLAND HEALTH*

INCIDENTS THAT LED TO THIS CIVIL SUIT AGAINST

DCHD d/b/a PARKLAND HEALTH

LOCATION: 5200 Harry Hines Blvd. Dallas TX 75235


CHARLTON METHODIST HOSPITAL
LOCATION: 1441 N Beckley Ave, Dallas, Tx. 75203

CHARLTON METHODIST HOSPITAL STITCHED MY LEFT WRIST: IN JANUARY OF 2014... ON THE
OUTSIDE OF MY LEFT HAND TO BE EXACT. IN JANUARY OF 2014, AFTER THEY STITCHED MY LEFT
HAND, I WAS RELEASED FROM THE HOSPITAL WITH THE URGENCY TO SEE A DOCTOR AND
HAVE SURGERY. THE APPOINTMENT WAS A FOLLOW-UP APPOINTMENT WITH A SURGENT AT:

**DCHD d/b/a PARKLAND HEALTH**
**LOCATION: 5200 Harry Hines Blvd, Dallas TX 75235**

I HAD SURGERY WITHIN (2) WEEKS FROM MY EMERGENCY VISIT WITH CHARLTON METHODIST
HOSPITAL. AFTER THE SURGERY, I WAS GIVEN PHYSICAL THEROPY APPOINTMENTS AT:

SIMMONS AMBULATORY SURGERY CENTER
LOCATION: 4900 Harry Hines Blvd. Dallas, TX 75235

I EVENTUALLY GAINED 90-95 PERCENT OF MY PHYSICAL ABILITY IN MY LEFT HAND. I BELIEVED
EVERYTHING WENT SUCCESSFUL AND THAT MY HAND HAD HEALED (AFTER THE SURGERY OF
THE INSIDE OF MY LEFT WRIST AT DCHD d/b/a PARKLAND HEALTH). 10 YEARS LATER, 2024.
ALSO, THERE WAS ABOUT (2) YEARS OF RANDOM WOUNDS/SCARRING. IN WHICH THE STITCH,
TIED/KNOTTED BOTHERED MY LEFT HAND ENOUGH TO FINALLY BE VISIBLE.

_THROUGH A WOUND/SCAR_ I FOUND – A STITCH.
DESCRIBED: A BABY BLUE THREAD STILL STRONG AS NORMAL STITCHING THREAD FROM 2014.

MY 2014 SURGERY IS NOT COMPLETELY FINISHED. AN UNDISSOLVED, NON-DISSOLVING STITCH
IS POKING OUT OF MY LEFT HAND. THERE ARE (3) RECENT IMAGES FILED ALONG WITH THIS
CIVIL SUIT AGAINST DCHD d/b/a PARKLAND HEALTH. THE (3) IMAGES DISPLAY AN OPEN
WOUND/SCAR, WITH PUSS AND BLEEDING DISCHARGE DUE TO THE NEGLECT CAUSED BY THE
SURGENT AT DCHD d/b/a PARKLAND HEALTH FROM THE SURGERY IN JANUARY OF 2014.


A $23,364.31 BILL WAS PAID BY MY WORK INSURANCE PLAN OVER THE PAST FEWS YEARS

CASE NO._____

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

TARRANT COUNTY, TX

SIR GREGORY P. JACKSON
(PLAINTIFF)

V.

DCHD d/b/a PARKLAND HEALTH
(DEFENDANT)

COVER PAGE_ PROOF OF PERSONAL INJURY (IMAGES 1-3)

Case 4:25-cv-00958-O-BP    Document 1    Filed 09/02/25    Page 11 of 36    PageID 11



Case 4:25-cv-00958-O-BP    Document 1    Filed 09/02/25    Page 12 of 36    PageID 12





CASE NO._____

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

TARRANT COUNTY, TX

SIR GREGORY P. JACKSON
(PLAINTIFF)

V.

DCHD d/b/a PARKLAND HEALTH
(DEFENDANT)

COVER PAGE_ PROOF OF SUBJECT MATTER JURISDICTION

5.  The words "Parkland Hospital," and "Parkland Memorial Hospital" are sometimes used informally to refer to the governmental entity Dallas County Hospital District d/b/a Parkland Health, but it is not the correct name of a legal entity.

<br>

Jared Ginter
Vice President, Institutional Risk Management
Dallas County Hospital District
d/b/a Parkland Health

SUBSCRIBED AND SWORN TO BEFORE ME by the said Jared Ginter on this the _21_ day of November, 2024, to certify which witness my hand and seal of office.



Notary Public in and for the State of Texas

CAUSE NO. DC-24-19670

| | | |
|---|---|---|
| SIR GREGORY P. JACKSON. | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | 14TH JUDICIAL DISTRICT |
| | § | |
| PARKLAND MEMORIAL HOSPITAL | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

**AFFIDAVIT OF JARED GINTER, VICE PRESIDENT,
INSTITUTIONAL RISK MANAGEMENT,
DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH**

STATE OF TEXAS

COUNTY OF DALLAS

1. My name is Jared Ginter. I am over the age of 18 years, have not been convicted of a crime, and am not in any way disqualified to give my affidavit. I have personal knowledge of the matters stated herein.

2. I am employed by the Dallas County Hospital District d/b/a Parkland Health as its Vice President, Institutional Risk Management.

3. Dallas County Hospital District d/b/a Parkland Health is a hospital district organized and existing under the laws of the State of Texas. As such, it is a unit of local government and a political subdivision of the State of Texas created pursuant to Article 9, § 4, Texas Constitution; Article 449n, Tex. Rev. Civ. Stat.; and Sec. 281.002, Tex. Health & Safety Code.

4. There is no such separate legal entity as "Parkland Memorial Hospital." The correct legal entity is "Dallas County Hospital District d/b/a Parkland Health."



CAUSE NO. DC-24-19670

| | | |
|---|---|---|
| SIR GREGORY P. JACKSON, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | 14TH JUDICIAL DISTRICT |
| | § | |
| PARKLAND MEMORIAL HOSPITAL | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

---

## DEFENDANT DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH'S PLEA TO THE JURISDICTION AND BRIEF IN SUPPORT

---

TO THE SAID HONORABLE COURT:

NOW COMES, Dallas County Hospital District d/b/a Parkland Health, hereinafter referred to as "DCHD/Parkland" (incorrectly named by Plaintiff as the non-jural entity "Parkland Memorial Hospital") and files this Plea to the Jurisdiction and Brief in Support, asserting and demonstrating that this Honorable Court lacks subject-matter jurisdiction under sovereign immunity and the Texas Tort Claims Act, Tex. Civ. Prac. & Rem. Code Sec. 101.057.

### I.    Defendant is a governmental unit entitled to sovereign immunity.

"Parkland Memorial Hospital" is a name commonly used to refer to the Dallas County Hospital District d/b/a Parkland Health ("DCHD/Parkland") and its departments or programs. "Parkland Memorial Hospital" is not a separate legal entity capable of suing or being sued. *See* Affidavit in support of this Plea to Jurisdiction, from Jared Ginter, Vice President, Institutional Risk Management, Dallas County Hospital District d/b/a Parkland Health.

DCHD/Parkland is a governmental unit as defined by the Texas Tort Claims Act. Sec. 101.001(3), Tex. Civ. Prac. & Rem. Code. As a Hospital District, it is a political subdivision of the

State of Texas created pursuant to Article IX, §4, Texas Constitution, and Sec. 281.002., Tex. Health

& Safety Code. *See Kassen v. Hatley*, 887 S.W.2d 4, 13 (Tex. 1994); *Scott v. Dallas County Hospital District*, 2010 WL 7138, *6 (N.D. Tex. 2010); *See also Tarrant County Hosp. Dist. v. Ray*, 712 S.W.2d 271, 273-74) (Tex. App.—Fort Worth 1986, writ ref'd n.r.e.) ("hospital districts" held to be a "local unit of government" for purposes of the Texas Tort Claims Act.)

Accordingly, DCHD/Parkland has full sovereign immunity both from suit and from liability save only to the extent of the limited waiver of same granted by the Texas Tort Claims Act. Sec. 101.025, Tex. Civ. Prac. & Rem. Code; *See Texas A&M Univ. v. Bishop*, 156 S.W.3d 580, 583 (Tex. 2005) ("Because TAMU is a governmental entity, the doctrine of governmental immunity shields it from liability for the negligence of its employees absent a waiver of that immunity" [citation omitted]).

DCHD/Parkland's status as a governmental unit is further established by the Affidavit of Jared Ginter, Vice President, Institutional Risk Management, Dallas County Hospital District d/b/a Parkland Health, which is being filed with this plea to the jurisdiction.

A plea to the jurisdiction, seeking dismissal for lack of subject-matter jurisdiction, is an appropriate means of asserting governmental/sovereign immunity. *Texas Dept of Transp. v. Jones*, 8 S.W.3d 636, 637 (Tex. 1999). This includes health care liability actions against government hospitals. *McLain v. Univ. of Tex. Health Ctr. at Tyler*, 119 S.W.3d 4, 10-11 (Tex. App.—Tyler 2002, pet. denied). Whether or not subject-matter jurisdiction exists is a question of law. *Texas Dep't of Parks & Wildlife v. Miranda*, 133 S.W.3d 217, 226 (Tex. 2004); *Matthew v. Town of Sunnyvale*, 964 S.W.2d 922, 928 (Tex. 1998). A governmental unit's plea to the jurisdiction may be based solely on the pleadings. *Miranda*, 133 S.W.3d at 226. When suit is barred by sovereign immunity, dismissal with

prejudice is proper. *Harris County v. Sykes*, 136 S.W.3d 635, 638-40 (Tex. 2004); *Liberty Mut. Ins. Co. v. Sharp*, 874 S.W.2d 736 (Tex. App.—Austin 1994, writ denied).

## II.     Plaintiff has the burden to show that his suit is allowed by the Texas Tort Claims Act.

Because Defendant DCHD/Parkland is a governmental unit with sovereign immunity, Plaintiff has the burden of alleging facts affirmatively showing express legislative consent to bring this tort claim against this governmental entity Defendant. *Cervantes v. McKellar*, 424 S.W.3d 226, 229 (Tex. App.—Texarkana 2014, no pet.) (citing *City of Waco v. Kirwan*, 298 S.W.3d 618, 621 [Tex. 2009]) ("In reviewing a trial court's ruling on a plea to the jurisdiction, we first look to the pleadings to determine if jurisdiction is proper"). *See also City of Celina v. Blair*, 171 W.W.3d 608, 610 (Tex. App.—Dallas 2005, no pet.) ("We look first to the petition in the case. The plaintiff has the burden to allege facts affirmatively demonstrating that the trial court has subject-matter jurisdiction").

For subject-matter jurisdiction to attach, Plaintiff's Petition must state a claim falling within the specific grant of permission for tort suit given by the Texas Legislature under the Texas Tort Claims Act. *Id.* at 639. *See also Dallas Area Rapid Transit v. Whitley*, 104 S.W.3d 540, 542 (Tex. 2003). In other words, Plaintiff must demonstrate that his Petition states a claim within the Tort Claims Act's limited waiver of sovereign immunity. *Lamar University v. Doe*, 971 S.W.2d 191, 195 (Tex. App. – Beaumont 1998, no writ). In the case at bar, Plaintiff's Petition does not even mention the Texas Tort Claims Act. Even if he had, the mere mention of that Act does not in and of itself confer subject matter jurisdiction – a Plaintiff's allegations of negligence must specifically state a cause of action within the Tort Claims Act's limited waiver of sovereign immunity. *Lamar University v. Doe*, 971 S.W.2d 191, 195 (Tex. App.—Beaumont 1998, no writ).

**III.    Plaintiff cannot meet his burden to show that his claim is allowed under the Texas Tort Claims Act because it does not meet the "condition or use of tangible personal property" requirement to establish subject-matter jurisdiction under Sec. 101.021.**

Section 101.021 of the Texas Tort Claims Act permits a tort action against a governmental unit, as follows:

> A governmental unit in the state is liable for:
> (1) Property damage, personal injury, and death proximately caused by the wrongful act or omission or the negligence of an employee acting within his scope of employment if:
> (A) The property damage, personal injury, or death arises from the operation or use of a motor-driven vehicle or motor-driven equipment; and
> (B) The employee would be personally liable to the claimant according to Texas law; and
> (2) personal injury and death so caused by a condition or use of tangible personal or real property if the governmental unit would, were it a private person, be liable to the claimant according to Texas law.

"Employee" is defined by Sec. 101.001(1), Tex. Civ. Prac. & Rem. Code, as "a person, including an officer or agent, who is in the paid service of a governmental unit by competent authority, but does not include an independent contractor, an agent or employee of an independent contractor, or a person who performs tasks the details of which the governmental unit does not have the legal right to control."

In order to recover against a governmental entity such as DCHD/Parkland, Plaintiff is required specifically to plead that the condition or an identified employee's negligent use of an identified item of tangible personal property was negligence, and that the negligent condition or use proximately caused injury or death. *Ager v. Wichita Gen. Hosp.,* 977 S.W.2d 658, 661 (Tex. App.—Fort Worth 1998, no pet.). The allegations of Plaintiff's Petition do not acknowledge this, and do not address the Tort Claims Act's very strict requirements for overcoming sovereign immunity to establish subject-matter jurisdiction.

In Plaintiff's Petition, under the section entitled "Factual Background," Plaintiff alleges "After 10 years of an assumed surgery to stitch my left wrist, I have proof that the work at Parkland Memorial Hospital is incomplete." Under the section entitled "Damages," Plaintiff alleges "10 years after surgery on my left wrist I found the surgery incomplete 1-2 years from April of 2024 started random & consistent wounds/scarring the recent wounds/scarring – revealed a baby blue thread or stitch April of 2024." Plaintiff also filed a "Cover Page" document with additional allegations.

Plaintiff did not allege that an identified defective condition or an identified negligent misuse of tangible personal property by an identified employee of DCHD/Parkland proximately caused personal injury to him within the meaning and requirements of Sec. 101.021, Tex. Civ. Prac. & Rem. Code. Accordingly, Plaintiff has not met his burden to plead facts which, if proven, would establish an action permitted under Sec. 101.021 of the Texas Tort Claims Act. Therefore, Plaintiff's claim is barred by sovereign immunity and this Honorable Court lacks subject-matter jurisdiction.

## IV.    Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court grant its plea to the jurisdiction and dismiss Plaintiff's causes of action asserted against it herein with prejudice, and for such other and further relief, both general and special, both at law and in equity, to which Defendant may show itself to be justly entitled.

Respectfully submitted,

**WATSON, CARAWAY, LUNINGHAM,**
**BRADLEY & TRAMMELL, L.L.P.**
Fort Worth Club Building
306 W. 7th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 870-1717
Facsimile: (817) 338-4842
Email: dluningham@watsoncaraway.com
tmcafee@watsoncaraway.com

By: */s/ Tara McAfee*
    **DAVID LUNINGHAM**
    State Bar No. 12698850
    **TARA MCAFEE**
    State Bar No. 24109523
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of December, 2024, a true and correct copy of the foregoing was forwarded to Plaintiff in this cause as follows:

Sir Gregory Peck Jackson
14833 Spring Creek Road
Dallas, Texas 75248
PRO SE PLAINTIFF

VIA CMRRR and
Email: JSIRG2014@gmail.com

*/s/ Tara McAfee*
**TARA MCAFEE**

CASE NO._____

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

TARRANT COUNTY, TX

SIR GREGORY P. JACKSON
(PLAINTIFF)

V.

DCHD d/b/a PARKLAND HEALTH
(DEFENDANT)

COVER PAGE_ MEDICAL BILL INFO. FROM THE YEAR 2014

 Parkland

Parkland Health
5200 Harry Hines Boulevard
Dallas, Texas 75235

11/18/24

Sir Gregory P Jackson
14833 Spring Creek Rd apt 212
DALLAS, TX 75248

Guarantor ID: 101040377

Balance: $0.00
Date of Service: 01/31/14 to 01/31/14
MRN: 1172181
Account: 613864191
Patient Name: Sir Gregory P Jackson

### Itemized Bill

Charges

| Svc Dt | Rev Code | CPT(R) Code | Description | Qty | Amount |
|--------|----------|-------------|-------------|-----|--------|
| 01/31/2014 | 0450 | 99283 | CHG LEVEL III SERIOUS | 1 | 855.00 |

Payments and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| 05/02/14 | Self Payment Code | -2.00 |
| 05/30/14 | Php/Charity Adjustment | -830.00 |
| 10/03/16 | Uncollectible Bad Debt - Final | -23.00 |
| | **Total Patient Payments and Adjustments** | **-855.00** |

Summary

| Description | Amount |
|-------------|--------|
| Charges | 855.00 |
| Payments | -2.00 |
| Adjustments | -853.00 |
| Balance | 0.00 |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at (214) 590-4900
Guarantor: 101040377

 Parkland

Parkland Health
5200 Harry Hines Boulevard
Dallas, Texas 75235

11/18/24

Sir Gregory P Jackson
14833 Spring Creek Rd apt 212
DALLAS, TX 75248

Guarantor ID:  101040377

Balance: $0.00
Date of Service: 03/07/14 to 03/07/14
MRN: 1172181
Account: 614062553
Patient Name: Sir Gregory P Jackson

## Itemized Bill

### Charges

| Svc Dt | Rev Code | CPT(R) Code | Description | Qty | Amount |
|--------|----------|-------------|-------------|-----|--------|
| 03/07/2014 | 0320 | 73130 | XR HAND AP LAT OBL | 1 | 413.00 |
| 03/07/2014 | 0450 | - | CHG TRAUMA LV III W/O PRENOTIFICATION | 1 | 2,011.00 |
| 03/07/2014 | 0450 | 99281 | CHG LEVEL I MINOR | 1 | 314.00 |
| 03/07/2014 | 0450 | 99283 | ESD CHG LEVEL 3 SERIOUS | 1 | 855.00 |
| 03/07/2014 | 0459 | - | CHG ED SURG PROCEDURE CATEGORY 1 | 1 | 303.00 |
| 03/07/2014 | 0637 | - | HYDROCODONE-ACETAMINOPHEN 5-325 MG TAB | 1 | 3.25 |
| | | | **Total Charges** | | **3,899.25** |

### Payments and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| 06/10/14 | Parkland Financial Assistance Php/Charity Adjustment | -3,874.25 |
| 06/16/14 | Parkland Financial Assistance Insurance Adjustment Code | -25.00 |
| | **Total Insurance Payments and Adjustments** | **-3,899.25** |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at  (214) 590-4900
Guarantor:  101040377

**Summary**

| Description | Amount |
|---|---|
| Charges | 3,899.25 |
| Payments | 0.00 |
| Adjustments | -3,899.25 |
| Balance | 0.00 |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at  (214) 590-4900
Guarantor:   101040377

 Parkland

Parkland Health                                          11/18/24
5200 Harry Hines Boulevard
Dallas, Texas 75235

Sir Gregory P Jackson                        Guarantor ID:  101040377
14833 Spring Creek Rd apt 212
DALLAS, TX 75248

Balance: $0.00
Date of Service: 03/12/14 to 03/12/14
MRN: 1172181
Account: 614075891
Patient Name: Sir Gregory P Jackson

### Itemized Bill

**Charges**

| Svc Dt | Rev Code | CPT(R) Code | Description | Qty | Amount |
|--------|----------|-------------|-------------|-----|--------|
| 03/12/2014 | 0250 | - | BUPIVACAINE 0.5 % (5 MG/ML) SOLN 30 ML VIAL | 1 | 7.83 |
| 03/12/2014 | 0250 | - | LIDOCAINE 1% (PF) 10 MG/ML (1 %) SOLN 30 ML VIAL | 1 | 12.29 |
| 03/12/2014 | 0250 | - | LIDOCAINE 1% (PF) 10 MG/ML (1 %) SOLN 5 ML VIAL | 1 | 14.63 |
| 03/12/2014 | 0250 | - | LIDOCAINE 20 MG/ML (2 %) SOLN 10 ML AMPUL | 1 | 12.74 |
| 03/12/2014 | 0250 | - | PROPOFOL 10 MG/ML EMUL 20 ML VIAL | 1 | 30.24 |
| 03/12/2014 | 0250 | - | ROCURONIUM 10 MG/ML SOLN 5 ML VIAL | 1 | 19.71 |
| 03/12/2014 | 0258 | - | IV LACTATED RINGERS 1000ML | 2 | 16.00 |
| 03/12/2014 | 0260 | 96360 | CHG HYDRATION INFUSION UP TO 1 HOUR | 1 | 463.00 |
| 03/12/2014 | 0260 | 96374 | CHG IV INJECTION (POST-OP) | 1 | 336.00 |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at  (214) 590-4900
Guarantor:  101040377

| Svc Dt | Rev Code | CPT(R) Code | Description | Qty | Amount |
|--------|----------|-------------|-------------|-----|--------|
| 03/12/2014 | 0270 | - | DRESSING PLASTER 4IN 5YD EXTRA-FAST-SETTING | 1 | 8.00 |
| 03/12/2014 | 0270 | - | TUBE NASOGASTRIC 18FR 48IN 2-LUMEN | 1 | 19.91 |
| 03/12/2014 | 0271 | - | CASTPADDING 4IN WEBRIL | 3 | 80.03 |
| 03/12/2014 | 0271 | - | CHG BAIR HUGGER BLANKET | 1 | 90.00 |
| 03/12/2014 | 0271 | - | CHG BIS MONITOR SENSORS | 1 | 103.00 |
| 03/12/2014 | 0271 | - | CHG OXYGEN SET-UP | 1 | 34.00 |
| 03/12/2014 | 0271 | - | DONUT FOAM 9IN | 1 | 9.41 |
| 03/12/2014 | 0271 | - | ST VELCRO REB 4X5YD | 1 | 24.81 |
| 03/12/2014 | 0272 | - | CALF-LENGTH REGULAR | 1 | 61.66 |
| 03/12/2014 | 0272 | - | CHG PROBE FINGER SPO2 DISPOSABLE | 1 | 54.00 |
| 03/12/2014 | 0272 | - | ELECTRODE POLYHESIVE II RETURN | 1 | 8.00 |
| 03/12/2014 | 0272 | - | ETHILON 4-0 18IN NONABSORBABLE MONOFILAMENT PLIABILIZED PS-2BLACK | 4 | 1,521.98 |
| 03/12/2014 | 0272 | - | ETHILON 4-0 18IN NONABSORBABLE MONOFILAMENT PLIABILIZED PS-2BLACK | 1 | 8.00 |
| 03/12/2014 | 0272 | - | ETHILON 8-0 5IN BV130-5 BLACK | 1 | 71.50 |
| 03/12/2014 | 0272 | - | PACK HAND | 1 | 218.11 |
| 03/12/2014 | 0272 | - | POLYESTER ETHIBOND 2-0 36IN GREEN SH | 5 | 106.70 |
| 03/12/2014 | 0272 | - | POLYESTER ETHIBOND 3-0 36IN RB-1 GREEN | 4 | 86.46 |
| 03/12/2014 | 0272 | - | VICRYL 4-0 27IN COATED RB-1 UNDYED BRAIDED | 2 | 17.38 |
| 03/12/2014 | 0272 | - | VICRYL-PLUS 4-0 27IN BRAIDED COATED UNDYED SH | 1 | 8.64 |
| 03/12/2014 | 0272 | C2629 | TRAY PREP SCRUB PVP-I 110ML SCRUB-AND-PAINT | 1 | 14.80 |
| 03/12/2014 | 0360 | - | CHG ORTHO BASE DS | 1 | 3,618.00 |
| 03/12/2014 | 0360 | - | CHG SURGERY PER MINUTE CHARGE | 242 | 12,100.00 |
| 03/12/2014 | 0370 | - | CHG ANESTH MATERIAL - 4 HOURS | 1 | 2,488.00 |
| 03/12/2014 | 0636 | - | CEFAZOLIN 1 GRAM SOLR 1 EACH VIAL | 2 | 20.75 |
| 03/12/2014 | 0636 | - | DEXAMETHASONE 4 MG/ML SOLN 1 ML VIAL | 4 | 4.46 |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at  (214) 590-4900
Guarantor:  101040377

| Svc Dt | Rev Code | CPT(R) Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 03/12/2014 | 0636 | - | FENTANYL 50 MCG/ML SOLN 5 ML AMPUL | 3 | 3.25 |
| 03/12/2014 | 0636 | - | FENTANYL 50 MCG/ML SOLN 5 ML AMPUL | 3 | 3.25 |
| 03/12/2014 | 0636 | - | HYDROMORPHONE 1 MG/ML SYRG 1 ML SYRINGE | 1 | 11.25 |
| 03/12/2014 | 0636 | - | HYDROMORPHONE 1 MG/ML SYRG 1 ML SYRINGE | 1 | 11.25 |
| 03/12/2014 | 0636 | - | HYDROMORPHONE 1 MG/ML SYRG 1 ML SYRINGE | 1 | 11.25 |
| 03/12/2014 | 0636 | - | HYDROMORPHONE 2 MG/ML SOLN 1 ML VIAL | 1 | 5.09 |
| 03/12/2014 | 0636 | - | MIDAZOLAM 1 MG/ML SOLN 5 ML VIAL | 1 | 8.10 |
| 03/12/2014 | 0636 | - | ONDANSETRON 4 MG/2 ML SOLN 2 ML VIAL | 4 | 5.13 |
| 03/12/2014 | 0636 | - | VANCOMYCIN IN DEXTROSE 1 GRAM/200 ML PGBK 200 ML BAG | 2 | 155.70 |
| 03/12/2014 | 0637 | - | BACITRACIN 500 UNIT/GRAM OINT 28.35 G TUBE | 2 | 24.41 |
| 03/12/2014 | 0637 | - | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB | 1 | 4.95 |
| 03/12/2014 | 0710 | - | CHG RECOVERY ROOM PER MINUTE | 51 | 612.00 |
| 03/12/2014 | 0964 | 01810 | CHG PROF PROCS FOREARM WRIST HAND | 246 | 818.64 |
| | | | **Total Charges** | | **23,364.31** |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 06/10/14 | Parkland Financial Assistance Php/Charity Adjustment | -23,339.31 |
| 06/16/14 | Parkland Financial Assistance Insurance Adjustment Code | -25.00 |
| | **Total Insurance Payments and Adjustments** | **-23,364.31** |

**Summary**

| Description | Amount |
|---|---|
| Charges | 23,364.31 |
| Payments | 0.00 |
| Adjustments | -23,364.31 |
| Balance | 0.00 |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at (214) 590-4900
Guarantor: 101040377

 Parkland

Parkland Health
5200 Harry Hines Boulevard
Dallas, Texas 75235

11/18/24

Sir Gregory P Jackson
14833 Spring Creek Rd apt 212
DALLAS, TX 75248

Guarantor ID:  101040377

Balance: $0.00
Date of Service: 03/24/14 to 03/24/14
MRN: 1172181
Account: 614147789
Patient Name: Sir Gregory P Jackson

## Itemized Bill

### Charges

| Svc Dt | Rev Code | CPT(R) Code | Description | Qty | Amount |
|--------|----------|-------------|-------------|-----|--------|
| 03/24/2014 | 0510 | 99212 | CHG LEVEL II, ESTABLISHED PATIENT, TECH | 1 | 224.00 |

### Payments and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| 06/10/14 | Parkland Financial Assistance Php/Charity Adjustment | -214.00 |
| 06/16/14 | Parkland Financial Assistance Insurance Adjustment Code | -10.00 |
| | **Total Insurance Payments and Adjustments** | **-224.00** |

### Summary

| Description | Amount |
|-------------|--------|
| Charges | 224.00 |
| Payments | 0.00 |
| Adjustments | -224.00 |
| Balance | 0.00 |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at  (214) 590-4900
Guarantor:   101040377

 Parkland

Parkland Health
5200 Harry Hines Boulevard
Dallas, Texas 75235

11/18/24

Sir Gregory P Jackson
14833 Spring Creek Rd apt 212
DALLAS, TX 75248

Guarantor ID:  101040377

Balance: $0.00
Date of Service: 03/31/14 to 03/31/14
MRN: 1172181
Account: 614188924
Patient Name: Sir Gregory P Jackson

## Itemized Bill

**Charges**

| Svc Dt | Rev Code | CPT(R) Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 03/31/2014 | 0510 | 99212 | CHG LEVEL II, ESTABLISHED PATIENT, TECH | 1 | 224.00 |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 06/10/14 | Parkland Financial Assistance Php/Charity Adjustment | -214.00 |
| 06/16/14 | Parkland Financial Assistance Insurance Adjustment Code | -10.00 |
| | **Total Insurance Payments and Adjustments** | **-224.00** |

**Summary**

| Description | Amount |
|---|---|
| Charges | 224.00 |
| Payments | 0.00 |
| Adjustments | -224.00 |
| Balance | 0.00 |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at  (214) 590-4900
Guarantor:  101040377

 Parkland

Parkland Health
5200 Harry Hines Boulevard
Dallas, Texas 75235

11/18/24

Sir Gregory P Jackson
14833 Spring Creek Rd apt 212
DALLAS, TX 75248

Guarantor ID:  101040377

Balance: $677.69
Date of Service: 04/07/24 to 04/08/24
MRN: 1172181
Account: 657506111
Patient Name: Sir Gregory P Jackson

### Itemized Bill

**Charges**

| Svc Dt | Rev Code | CPT(R) Code | Description | Qty | Amount |
|--------|----------|-------------|-------------|-----|--------|
| 04/07/2024 | 0301 | 80048 | CHG BASIC METABOLIC BUNDLE W/CA TOTAL | 1 | 396.00 |
| 04/07/2024 | 0305 | 85025 | CHG CBC WITH DIFF BUNDLE | 1 | 251.00 |
| 04/07/2024 | 0320 | 73090 | XR FOREARM AP LAT | 1 | 629.00 |
| 04/07/2024 | 0450 | 99283 | ESD CHG LEVEL 3 SERIOUS | 1 | 1,412.00 |
| 04/08/2024 | 0250 | - | LIDOCAINE 20 MG/ML (2 %) SOLN | 1 | 22.76 |
| | | | **Total Charges** | | **2,710.76** |

**Payments and Adjustments**

| Date | Description | Amount |
|------|-------------|--------|
| 04/23/24 | Php/Charity Adjustment | -2,033.07 |

**Summary**

| Description | Amount |
|-------------|--------|
| Charges | 2,710.76 |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at  (214) 590-4900
Guarantor:   101040377

| Payments | 0.00 |
|---|---:|
| Adjustments | -2,033.07 |
| Balance | 677.69 |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at  (214) 590-4900
Guarantor:   101040377

 Parkland

Parkland Health
5200 Harry Hines Boulevard
Dallas, Texas 75235

11/18/24

Sir Gregory P Jackson
14833 Spring Creek Rd apt 212
DALLAS, TX 75248

Guarantor ID:  101040377

Balance: $0.00
Date of Service: 04/02/14 to 04/30/14
MRN: 1172181
Account: 614205117
Patient Name: Sir Gregory P Jackson

## Itemized Bill

### Charges

| Svc Dt | Rev Code | CPT(R) Code | Description | Qty | Amount |
|--------|----------|-------------|-------------|-----|--------|
| 04/02/2014 | 0430 | 97110 | CHG THERAPEUTIC EXERCISE, EA 15 MIN | 3 | 423.00 |
| 04/08/2014 | 0430 | 97018 | CHG PARAFFIN BATH  < 20% | 1 | 52.00 |
| 04/08/2014 | 0430 | 97110 | CHG THERAPEUTIC EXERCISE, EA 15 MIN | 4 | 564.00 |
| 04/11/2014 | 0430 | 97018 | CHG PARAFFIN BATH  < 20% | 1 | 52.00 |
| 04/11/2014 | 0430 | 97110 | CHG THERAPEUTIC EXERCISE, EA 15 MIN | 2 | 282.00 |
| 04/11/2014 | 0430 | 97760 | CHG ORTHOTIC FIT/TRAIN EA 15 MIN | 1 | 164.00 |
| 04/15/2014 | 0430 | 97018 | CHG PARAFFIN BATH  < 20% | 1 | 52.00 |
| 04/15/2014 | 0430 | 97032 | ELECTRICAL STIMULATION ATTENDED | 1 | 83.00 |
| 04/15/2014 | 0430 | 97110 | CHG THERAPEUTIC EXERCISE, EA 15 MIN | 2 | 282.00 |
| 04/18/2014 | 0430 | 97018 | CHG PARAFFIN BATH  < 20% | 1 | 52.00 |

| Svc Dt | Rev Code | CPT(R) Code | Description | Qty | Amount |
|--------|----------|-------------|-------------|-----|--------|
| 04/18/2014 | 0430 | 97110 | CHG THERAPEUTIC EXERCISE, EA 15 MIN | 3 | 423.00 |
| 04/22/2014 | 0430 | 97018 | CHG PARAFFIN BATH  < 20% | 1 | 52.00 |
| 04/22/2014 | 0430 | 97032 | ELECTRICAL STIMULATION ATTENDED | 1 | 83.00 |
| 04/22/2014 | 0430 | 97110 | CHG THERAPEUTIC EXERCISE, EA 15 MIN | 2 | 282.00 |
| 04/22/2014 | 0430 | 97760 | CHG ORTHOTIC FIT/TRAIN EA 15 MIN | 1 | 164.00 |
| 04/22/2014 | 0430 | G8984 | CARRY CURRENT STATUS | 1 | 0.01 |
| 04/25/2014 | 0430 | 97018 | CHG PARAFFIN BATH  < 20% | 1 | 52.00 |
| 04/25/2014 | 0430 | 97110 | CHG THERAPEUTIC EXERCISE, EA 15 MIN | 3 | 423.00 |
| 04/29/2014 | 0430 | 97018 | CHG PARAFFIN BATH  < 20% | 1 | 52.00 |
| 04/29/2014 | 0430 | 97110 | CHG THERAPEUTIC EXERCISE, EA 15 MIN | 3 | 423.00 |
| | | | **Total Charges** | | **3,960.01** |

**Payments and Adjustments**

| Date | Description | Amount |
|------|-------------|--------|
| 04/18/14 | Self Payment Code | -2.00 |
| 05/08/14 | Php/Charity Adjustment | -3,944.01 |
| 10/17/14 | Small Debit Bal Write Off | -14.00 |
| | **Total Patient Payments and Adjustments** | **-3,960.01** |

**Summary**

| Description | Amount |
|-------------|--------|
| Charges | 3,960.01 |
| Payments | -2.00 |
| Adjustments | -3,958.01 |
| Balance | 0.00 |

Benefits have been assigned to Parkland Health
Inquiries Please Contact Customer Service at  (214) 590-4900
Guarantor:  101040377

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Sir Gregory P. Jackson

**(b)** County of Residence of First Listed Plaintiff  Dallas, Tx
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

None

4-25CV-958-O

## DEFENDANTS

DCHD d/b/a Parkland Health

County of Residence of First Listed Defendant  Dallas, Tx
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | **PERSONAL INJURY** | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury - Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | **LABOR** | [ ] 485 Telephone Consumer |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [X] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 751 Family and Medical Leave Act | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | **IMMIGRATION** | |
| | | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | |
| | | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | |
| | | | **SOCIAL SECURITY** | |
| | | | [ ] 861 HIA (1395ff) | |
| | | | [ ] 862 Black Lung (923) | |
| | | | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | [ ] 864 SSID Title XVI | |
| | | | [ ] 865 RSI (405(g)) | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 18 USC 2255

Brief description of cause: Neglected Surgery after wrist laceration 11years ago

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $20 Million (Twenty

CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE  Ed Kinkeade    DOCKET NUMBER 3:25-cv-01635

DATE June 26, 2025

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE